NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JASMINE WADE,**

*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**

*Respondent*

---

2025-1349

---

Petition for review of the Merit Systems Protection Board in No. DA-0353-24-0086-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                                                    WADE V. USPS

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

February 21, 2025
Date

Jarrett B. Perlow
Clerk of Court